# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| REBECCA MINICK, )<br>)<br>Petitioner, )<br>v. )<br>)<br>MICHAEL WILLIAMS, Director of )<br>Champaign County Probation Office, and )<br>CIRCUIT COURT OF THE SIXTH )<br>JUDICIAL CIRCUIT; and KWAME )<br>RAOUL, Illinois Attorney General, )<br>)<br>Respondent. ) | Case No. 19-CV-2069 |

## ORDER

On March 22, 2019, this court received a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (#1) from Petitioner, Rebecca Minick. Petitioner paid the $5.00 filing fee. Therefore, Petitioner's Petition (#1) is considered filed by this court.

IT IS THEREFORE ORDERED THAT Respondents have sixty (60) days to file a response to the Petition pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. This court further orders that Respondent should attach those portions of the state court record which are relevant to Petitioner's claims and to the issues of the statute of limitations, exhaustion of state remedies, and procedural default.

ENTERED this 28th day of March, 2019.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE