IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| REBECCA MINICK | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 19-2069 |
| | ) | |
| MICHAEL WILLIAMS, Director, | ) | |
| Probation Office of Champaign County, | ) | The Honorable |
| | ) | Colin S. Bruce, |
| Respondent. | ) | Judge Presiding. |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT**

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, the following Exhibits A through G are being filed in support of respondent's Answer in the above-captioned matter:

Exhibit A:   Brief and argument for defendant-appellant in *People v. Minick*, No. 4-17-0071;

Exhibit B:   Brief and argument for plaintiff-appellee in *People v. Minick*, No. 4-17-0071;

Exhibit C:   Reply brief and argument for defendant-appellant in *People v. Minick*, No. 4-17-0071;

Exhibit D:   *People v. Minick*, 2018 IL App (4th) 170071-U;

Exhibit E:   PLA in *People v. Minick*, No. 123463;

Exhibit F:   Order denying PLA in *People v. Minick*, No. 123463, 108 N.E.3d 884 (Ill. 2018) (Table); and

Exhibit G:   Common law record and report of proceedings in *People v. Minick*, No. 13 CF 1995.

July 26, 2019                           KWAME RAOUL
                                        Attorney General of Illinois

                              By:       s/ Garson Fischer
                                        GARSON FISCHER, Bar # 6286165
                                        Assistant Attorney General
                                        100 West Randolph Street, 12th Floor
                                        Chicago, Illinois 60601-3218
                                        TELEPHONE: (312) 814-2566
                                        FAX: (312) 814-2253
                                        E-MAIL: gfischer@atg.state.il.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2019, I electronically filed respondent's **Index to State Court Exhibits** with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, using the CM/ECF system, which provided service to the following registered user, counsel for petitioner:

Richard Dvorak
Dvorak Law Offices, LLC
6262 Kingery Highway, Suite 305
Willowbrook, Illinois 60527
Richard.dvorak@civilrightsdefenders.com

    s/ Garson Fischer
    GARSON FISCHER, Bar # 6286165
    Assistant Attorney General
    100 West Randolph Street, 12th Floor
    Chicago, Illinois 60601-3218
    TELEPHONE: (312) 814-2566
    FAX: (312) 814-2253
    E-MAIL: gfischer@atg.state.il.us